10CV0026

FILED
SCRANTON

JUL 13 2010

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

6-28-10

DEAR, MR. JUDGE, J. CAPUTO.

The Reason of My letter to you is to let you know what is going and I'm Requesting Answers back on the questions that I'm about to ask you. Now I just responded to the Summary of Judgement, of the Defenderants! I Mailed it out on the 17th of June. Now I was around people that know Law. And I do not. I was in a Regular block. Now all of the Sudden the administration places Me in an "ADX" Cell were I have no type of Contact with people! niether Any communication with Anyone. They have ME as A Referal to "ADX" but I have not been Excepted yet. So I don't understand why they would place me in such a cell. Now I do not know any law, I had Someone help Me with My Summary of Judgement. I don't allow Derrick Brown to help Me any More due to the fact that he has a 3-strikes in the Courts Already. So if I don't know Any law then I will I know when to Responed to what you Send Me and no what to Respond to. the Defendant's have a lawyer so there ~~be fine~~. I don't even no how to use the law books, niether do I no how to use the law library computer. I have to have a Lietenant Esccort me Every were I go so I don't even get to use the Law library much. I just very Concerned on how I will no what to do now.

Thank you.

Sincerely,
Jeffrey S. Clark #19776-045.