TO: Judge, mr, Caputo.

4/4/11.

The Reason of my letter to you is to let you know that I Recently been moved from usp lewisburg smu. I'm at usp terre haute, Awaiting holder to be transferred to ADX Florence, Colorado. So you can now ~~forforo~~ forward all my mail straight to usp-terre haute. Intill I send you notice that I am no longer here. Also inside is a motion for Appointment of Counsel.

Thankyou sir.

Address:
U.S. penitentary
P.O. Box 12015
Terre Haute, IN 47801.

FILED
SCRANTON
APR 08 2011
Per_____
DEPUTY CLERK

Sincerely

Mr. Jeffrey Clark # 19776-045

Date: 4/4/11.

JEFFREY CLARK
# 19776-045

Name
Reg. No.

☐ Federal Prison Camp
P.O. Box 12014
Terre Haute, IN 47801

☐ Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

☒ U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

Legal Mail

Office of Clerk
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

INMATE IDENTIFICATION CONFIRMED

Legal Mail