IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA.

Jeffrey Clark,
Plaintiff

v.

T.J. Fleming, et al.,
Defendants

Case No. 3: CV-10-0026

Judge Caputo

MOTION FOR APPOINTMENT OF COUNSEL.

1.) I am requesting an appointment of counsel, due to I was recently moved out of the SMU, and I am going to a location with even more security and less access to legal materials. In particular I will have a challenge getting discovery from the Defendants in my new location and I do not have the skills or knowledge to make discovery requests and answer discovery requests.

**FILED**
**SCRANTON**

APR 0 8 2011

PER _____
DEPUTY CLERK

**WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS & URBAN AFFAIRS**

April 5, 2011

U.S. District Court- Middle District of Pennsylvania
235 N. Washington Ave.
Room 101
Scranton, PA 18503

**FILED
SCRANTON**

APR 0 8 2011

PER _____
DEPUTY CLERK

**Re:   Jeffrey Clark v. Lt. J. Fleming, et al
Civil NO. 3:CV-10-0026**

To Whom It May Concern:

Please find enclosed an updated address for Mr. Jeffrey Clark and a Motion for Appointment of Counsel. Mr. Clark does not have the Court's address so he requested that we forward this information to you. The Washington Lawyers' Committee is not representing Mr. Clark in this matter.

Thank you for your assistance.

Sincerely,

*[signature]*

Stacey Litner
Paralegal, DC Prisoners' Project