IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEFFREY CLARK,

    Plaintiff

v.

LT. J. FLEMING, et al.,

    Defendants

CIVIL NO. 3:CV-10-0026

(Judge Caputo)

FILED
SCRANTON

APR 1 8 2011

PER _____
DEPUTY CLERK

ORDER

AND NOW, this 18th day of APRIL, 2011, it is ordered that:

1. Discovery in this case shall be completed by September 30, 2011. (This case is on the standard track.)

2. All pre-trial motions shall be filed by October 31, 2011, accompanied by a supporting brief.

3. Trial in this case will be set after the date for filing motions has passed or after motions that are filed are decided.

A. RICHARD CAPUTO
United States District Judge