PJS:MAS:jmh

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY S. CLARK, | : | NO. 3:CV-10-00026 |
| Plaintiff | : | |
| | : | (Caputo, J.) |
| v. | : | |
| | : | |
| LT. J. FLEMING, et al. | : | |
| Defendants | : | Filed Electronically |

## MOTION FOR LEAVE TO DEPOSE PLAINTIFF
## PURSUANT TO FED. R. CIV. P. 30(a)(2)

NOW COME Defendants, by and through their counsel, Peter J. Smith, United States Attorney for the Middle District of Pennsylvania, and Melissa A. Swauger, Assistant United States Attorney, who hereby move the Court for leave to take plaintiff's deposition pursuant to Fed. R. Civ. P. 30(a)(2) as the plaintiff is confined in prison. A brief in support of this motion has been filed in accordance with M.D. Pa. Local Rule 7.5.

Counsel certifies that she has not obtained the concurrence of plaintiff pursuant to M.D. Pa. Local Rule 7.1 because plaintiff is a prisoner proceeding <u>pro se</u>.

                                            Respectfully submitted

                                            PETER J. SMITH
                                            United States Attorney

Date: May 25, 2011                 <u>s/ Melissa A. Swauger</u>
                                            MELISSA A. SWAUGER
                                            Assistant U.S. Attorney
                                            Attorney I.D. No. PA82382
                                            JOANNE M. HOFFMAN
                                            Paralegal Specialist
                                            228 Walnut Street, 2nd Floor
                                            P.O. Box 11754
                                            Harrisburg, PA  17108-1754
                                            Phone: (717) 221-4482
                                            Facsimile: (717) 221-2246

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY S. CLARK,** | : | NO. 3:CV-10-0026 |
| Plaintiff | : | |
| | : | (Caputo, J.) |
| v. | : | |
| | : | |
| **LT. J. FLEMING, et al.** | : | |
| Defendants | : | Filed Electronically |

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on May 25, 2011, she served a copy of the attached

## MOTION FOR LEAVE TO DEPOSE PLAINTIFF
## PURSUANT TO FED. R. CIV. P. 30(a)(2)

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

Jeffrey Clark
19776-045
USP FLORENCE ADMAX
P.O. Box 8500
Florence, CO 81226                    /s/ Joanne M. Hoffman
                                                         JOANNE M. HOFFMAN
                                                         Paralegal Specialist