IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY CLARK, | : |
| Plaintiff | : |
| | : CIVIL NO. 3:CV-10-0026 |
| v. | : |
| | : (Judge Caputo) |
| LT. J. FLEMING, *et al.*, | : |
| Defendants | : |

**ORDER**

**AND NOW**, this 27th day of **MAY, 2011**, upon consideration of Defendants' Motion to Depose inmate Plaintiff Jeffrey Clark (doc. 55) pursuant to Fed. R. Civ. P. 30(a)(2), **IT IS HEREBY ORDERED THAT** the motion is **GRANTED**. Counsel for the Defendants may take the deposition of Plaintiff, Jeffrey S. Clark, at a place and time suitable to the Bureau of Prisons.

*/s/ A. Richard Caputo*
**A. RICHARD CAPUTO**
**United States District Judge**