**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JEFFREY CLARK,** | : |
| | : |
| **Plaintiff** | : |
| | :  CIVIL NO. 3:CV-10-0026 |
| v. | : |
| | :  (Judge Caputo) |
| **LT. J. FLEMING,** *et al.*, | : |
| | : |
| **Defendants** | : |

# O R D E R

**AND NOW**, this __1st__ day of **OCTOBER, 2012**, in accordance with the accompanying Memorandum, it is **ORDERED** that:

1. Defendants' Motion for Summary Judgment (Doc. 66) is **GRANTED.**

2. The Clerk of Court shall enter judgment against Plaintiff Clark and in favor of Defendants Fleming and Kulago.

3. Mr. Tsosie's unbriefed Motion to Produce Documents (Doc. 71) is **DENIED**.

4. The Clerk of Court shall close this file.

                                         **/s/ A. Richard Caputo**
                                         **A. RICHARD CAPUTO**
                                         **United States District Judge**